# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
APR 3 0 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America vs. Kody Estepp | Case No. 1:12CR00047-002 |

# CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Kody Estepp_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

**The defendant shall participate in a cognitive behavioral treatment program as directed by the pretrial services officer. Such program may include group sessions led by a counselor or participation in a program administered by the pretrial services officer.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____[signature]_____  4-30-12        _____[signature] Montgomery L. Olson_____  4-30-12
Signature of Defendant   Date           Pretrial Services Officer   Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                      4/30/12
Signature of Assistant United States Attorney              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____[signature]_____                                      4-30-12
Signature of Defense Counsel                               Date

## ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on   4/30/12   .
☐ The above modification of conditions of release is *not* ordered.

_____[signature] Sheila K. Oberto_____                     4/30/12
Signature of Judicial Officer                              Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services