(SPACE BELOW FOR FILING STAMP ONLY)

1   **HARRY M. DRANDELL #109293**
    **LAW OFFICES OF HARRY M. DRANDELL**
2           1221 VAN NESS AVENUE, SUITE 450
                 FRESNO, CA 93721
3              PHONE (559) 442-8888
                FAX (559) 442-8891
4

5   ATTORNEYS FOR   Defendant, Kody Estepp

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                    * * * * * * * *

11  UNITED STATES OF AMERICA,      )   **CASE NO.: 1:12-CR-00047 LJO/SKO**
                                   )
12        Plaintiff,               )   **STIPULATION AND ORDER**
                                   )   **TO CONTINUE SENTENCING**
13  vs.                            )
                                   )
14  KODY ESTEPP,                   )   Date: August 6, 2012
                                   )   Time: 8:30 a.m.
15        Defendant.               )   HON. LAWRENCE J. O'NEILL
    _____)   Dept: 4
16

17          IT IS HEREBY STIPULATED by and between the parties hereto and through their

18  attorneys of record that the sentencing hearing presently scheduled before the Honorable Lawrence

19  J. O'Neill for August 6, 2012, at 8:30 a.m., be continued to December 10, 2012, at 8:30 a.m.

20          This continuance is requested due to the fact that Mr. Estepp is currently enrolled and

21  participating in the Moral Reconation Therapy program and will not complete the program until late

22  November/early December.  It is believed that sentencing in this matter should "trail" behind his

23  graduation of the M.R.T. program.

24          All parties herein, through their respective counsel have been contacted regarding the

25  requested continuance and concur with this request.

26  ///

27  ///

28  ///

IT IS SO STIPULATED:

DATED: June 6, 2012

/s/ Harry M. Drandell
_____
HARRY M. DRANDELL,
Attorney for Defendant, Kody Estepp

DATED:  June 6, 2012

/s/ Grant Rabenn
_____
GRANT RABENN,
Attorney for Plaintiff, United States of America

The sentencing hearing presently set for August 6, 2012, at 8:30 a.m. is continued to December 10, 2012, at 8:30 a.m. to be heard before the Honorable Lawrence J. O'Neill, Courtroom 4.  Good cause exists.   However, should the defendant leave the program either voluntarily or involuntarily, then counsel both have an obligation to notify this Court, at which time the sentencing will be placed back on calendar immediately.

IT IS SO ORDERED.

**Dated:    June 6, 2012**                              _____/s/ Lawrence J. O'Neill_____
                                                    UNITED STATES DISTRICT JUDGE

2